No. 90–6425.  MATHEWS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–1421.  POWELL ET AL. v. NATIONAL FOOTBALL LEAGUE ET AL.  C. A. 8th Cir.  Certiorari denied.  JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 90–271.  AQUILINA v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 6th Cir.  Motion of Rosemarie Barone and Joseph W. Aquilina for leave to intervene denied.  Certiorari denied.

No. 90–401.  LEBBOS v. SUPREME JUDICIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS.  Sup. Jud. Ct. Mass. Motions for leave to file briefs as amici curiae filed by the following are granted: G. G. Baumen, Harold Rauch, Raymond Dunn, Barry D. Ammon, Ronald Z. Berki, John B. Gunn, and John Rakus.  Certiorari denied.

No. 90–429.  FOUR COUNTY ELECTRIC MEMBERSHIP CORP. v. JUSTUS, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE NORTH CAROLINA DEPARTMENT OF REVENUE.  Ct. App. N. C. Motion of National Rural Electric Cooperative Association et al. for leave to file a brief as amici curiae granted.  Certiorari denied.

No. 90–444.  ALABAMA v. CARRELL.  Sup. Ct. Ala.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 90–489.  DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. v. CRANK.  C. A. 7th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 90–494.  BLUE CROSS & BLUE SHIELD OF ALABAMA ET AL. v. BROWN.  C. A. 11th Cir.  Motion of American Council of Life Insurance et al. for leave to file a brief as amici curiae granted.  Certiorari denied.